UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLARD MASTERS III**<br><br>versus<br><br>**TAYLOR-SEIDENBACH, INC.,** Huntington Ingalls, Inc., Union Carbide Corp., Consolidated Electrical Distributors, Inc., St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana, Genuine Parts Company, Cemex Material, LLC, Uniroyal, Inc., Burmaster Land and Development Co., LLC, Level 3 Holdings, Inc., Pneumo-Abex Corp., Morse Tec, LLC, Taylor-Seidenbach, Inc., Asbestos Corporation, Ltd., Schneider Electric USA, Inc., Johnson Controls, Inc., CSR, Ltd. Sentry Ins. Co., Zurich Ins. Co., Occidental Chemical Corp., Hooker Chemical Corp., Honeywell International, Inc., Graybar Electric Company, Inc., AIU Ins. Co. | CIVIL ACTION NO.:<br><br>SECTION:<br><br>JUDGE:<br><br>MAG.: |

## NOTICE OF REMOVAL

Defendant, Graybar Electric Company, Inc. ("Graybar"), files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446, and hereby remove this matter from the Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of this Honorable Court. In support hereof, Graybar shows as follows:

1.

On April 30, 2021, Willard Masters III ("Plaintiff") filed this lawsuit against 18 defendants in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case No. 2021-03714, entitled *Willard Masters III v. Taylor Seidenbach, Inc., et al.* A copy of the Petition for Damages is attached hereto as Exhibit A.

2.

On May 13, 2021, Plaintiff filed a First Supplement and Amendment to the Original Petition for Damages, naming two additional defendants. A copy of this pleading is attached as Exhibit B.

3.

On June 16, 2021, Plaintiff filed a Second Supplement and Amendment to the Original Petition for Damages, in which he named two additional defendants of which Graybar was one. A copy of the Second Supplement and Amendment to the Original Petition for Damages is attached hereto as Exhibit C.

4.

Plaintiff's lawsuit seeks to recover for damages and personal injuries sustained as the result of alleged exposure to asbestos that occurred from 1949 through 1978.

5.

Graybar desires to have this cause of action removed from the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of the United States District Court for the Eastern District of Louisiana under the provisions of 28 U.S.C. §§ 1332, 1441 and 1446.

6.

Removal is proper because this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, which provides federal district courts with concurrent original jurisdiction in cases "where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different states. . ."

7.

Plaintiff is a natural person domiciled in and a citizen of the State of Louisiana.

8.

Defendant, Graybar Electric Company, Inc., is a corporation incorporated in the state of New York, with its principal place of business in Clayton, Missouri.

9.

Across his three Petitions, Plaintiff filed suit against twenty-two (22) defendants. At least one of those defendants, Taylor-Seidenbach, Inc. ("Taylor-Seidenbach"), is a citizen of Louisiana. Thus, at the time this lawsuit was filed, complete diversity did not exist.

10.

Plaintiff has settled, dismissed or otherwise abandoned his claims against all defendants except Graybar, including all non-diverse defendants, named in this action.

11.

Specifically, Plaintiff explicitly abandoned and extinguished his claims against the last remaining non-diverse defendant, Taylor-Seidenbach, when, in closing arguments on November 16, 2021, Plaintiff's counsel directed the jury not to return a verdict against Taylor-Seidenbach and checked the "NO" box in a sample of the jury interrogatories as an illustration. These remarks and demonstration were an unretractable announcement that Plaintiff did not seek to impress liability upon Taylor-Seidenbach and established the prerequisites for removal diversity jurisdiction.

12.

Plaintiff's extinguishment of his claims against Taylor-Seidenbach left Graybar as the only remaining defendant, and rendered this case removable pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

13.

Removal is timely. Where a case is non-removable on its original pleading, "a notice of removal may be filed within 30 days after receipt by the defendant … of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one

which is or has become removable." 28 U.S.C. 1446(b)(3). A transcript may constitute "other paper" triggering the 30 day removal window. *Waguespack v. Avondale Indus.*, 2020 U.S. Dist. LEXIS 160725 (E.D. La. 9/3/2020) (Zainey, J.). Here, the 30-day removal window opened November 17, 2021, when the transcript of the previous day's trial proceedings became available. A copy of the transcript of Plaintiff's closing argument is attached hereto as Exhibit D.

14.

While Graybar admits neither liability nor any element of damages, it is clear that the jurisdictional amount in controversy requirement is satisfied. The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff alleges he contracted malignant mesothelioma as a result of the claimed asbestos exposure. He seeks damages including past, present and future conscious physical pain and suffering and mental anguish, disfigurement, past, present and future physical impairment, medical expenses, past, present and future lost earnings and loss of earning capacity and loss of quality of life. Plaintiff's alleged medical expenses to date are, based upon information and belief, $1,144,547.72.

15.

The Civil District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is in the "district and division embracing the place where such action is pending."

16.

Graybar is the only remaining defendant in this case, so consent to removal is not required.

17.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana, as required by the provisions of 28 U.S.C. §1446(d).  Graybar also is providing the Civil District Court for the Parish of Orleans, State of Louisiana, written notice of this removal and will, if necessary, request that the Clerk of that Court forward a certified copy of the State Court record in this matter to this Honorable Court.

18.

A copy of the Notice of Filing, together with this notice of Removal, are being served on Plaintiff's counsel of record.

19.

Attached to this notice as Exhibit E is a printout of the full docket in the state court matter. Due to the volume of material contained in the state court record, a copy of the full state court record will be submitted pursuant to Local Rule 3.2.

20.

As shown above, this action is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

21.

Graybar reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Graybar Electric Company, Inc. submits this Notice of Removal.  This matter has been removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

    */s/  Thomas J. Cortazzo*
**Thomas J. Cortazzo (#18174)**
**Shannon C. Burr (#28445)**
**Susan G. Keller-Garcia (#30574)**
400 Poydras Street, Suite 1300
New Orleans, Louisiana  70130
Telephone:     (504) 322-4100
Facsimile:      (504) 754-7569
E-mail:  Tom.Cortazzo@lewisbrisbois.com
          Shannon.Burr@lewisbrisbois.com
          Susan.Keller-Garcia@lewisbrisbois.com

**-and-**

**JORDAN, LYNCH & CANCIENNE, PLLC**
**Walter G. Lynch, T.A. (#37780)**
1980 Post Oak Boulevard, Suite 2300
Houston, Texas 70056
Telephone:     (713) 955-4020
E-mail:  wlynch@jlcfirm.com

*Attorneys for Defendant,*
*Graybar Electric Company, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served upon opposing counsel by e-mail, fax, and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, this 17th day of November, 2021.

    */s/ Thomas J. Cortazzo*