

DEFENDANT'S EXHIBIT B

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED 2021 MAY 13 PM 3: 28

NO. 2021-03714                                          DIVISION F-14

CIVIL DISTRICT COURT

WILLARD MASTERS, III

VERSUS

TAYLOR SEIDENBACH, INC., ET AL

FILED: _____        _____
                                          DEPUTY CLERK

### PLAINTIFFS' FIRST SUPPLEMENT AND AMENDMENT TO THE ORIGINAL PETITION FOR DAMAGES

**NOW INTO COURT,** by and through undersigned counsel, come plaintiffs, Willard Masters III, who file this, the First Supplement and Amendment and respectfully shows unto the Court for the following:

**I.**

For the purpose of supplementing and amending Paragraph 2A of the original petition to add the following defendant and:

"19. **OCCIDENTAL CHEMICAL CORPORATION**, Individually, And As Successor In Interest to HOOKER CHEMICAL CORP.
This defendant is being sued for negligence/premise/strict liability

For the purpose of supplementing and amending paragraph 2B of the original petition to add the following defendant:

"20. **HONEYWELL INTERNATIONAL, INC.**, individually and as successor in interest to Allied-Signal, Inc. and The Bendix Corporation.
This defendant is being sued for negligence/supplier/strict liability

For the purpose of supplementing and amending paragraph 12:

Willard Masters III was exposed to asbestos from his work for I.C. Electric Supply (n/k/a CED-Consolidated electric supply between 1968-1970 while delivering materials to Union Carbide in Taft, Louisiana and the Hooker Chemical Facility in Taft. Willard Masters III regularly used Bendix asbestos brakes between 1965-1980's that would expose him to hazardous amounts of asbestos.

**II.**

The Plaintiffs reiterate all other matters contained in the original Petition for Damages including the prayer of the original petition as though set forth at length herein.

VERIFIED 0-13-21

**III.**

Plaintiffs request leave of court to file this First Supplement and Amendment to the Original Petition.

**WHEREFORE**, the petitioners pray for leave of court, and that their original Petition be supplemented and amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of Plaintiffs and against the defendants as originally prayed for herein.

Respectfully submitted,

Respectfully submitted,
**BOLING LAW FIRM, LLC**

Jeremiah Boling (Bar No. 34249)
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 615-6309
Fax: (504) 369-3421
jboling@bolingfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing First Supplement and Amendment to Original Petition for Damages was this day served by electronic mail, United States Mail, and/or by facsimile upon all parties as indicated on the service list attached hereto.
New Orleans, Louisiana this 14th day of May, 2021.

JEREMIAH BOLING

FILED

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2021-03714　　　　　　　　　　　　　　　　　　DIVISION F-14

CIVIL DISTRICT COURT

### WILLARD MASTERS, III

### VERSUS

### TAYLOR SEIDENBACH, INC., ET AL

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### ORDER GRANTING LEAVE OF COURT

Plaintiffs are hereby granted leave of court to file the above and foregoing First Supplement and Amendment to the Original Petition for Damages as prayed for.

SO ORDERED this the _____ day of ____MAY 14 2021____, 2021.

_____
JUDGE, CIVIL DISTRICT COURT
Jennifer M. Medley
Judge, Division "F"
Civil District Court
Parish of Orleans, State of Louisiana

VERIFIED

RECEIVED
MAY 14 2021
DIVISION "F"

3

## SERVICE LIST

**PLEASE SERVE THE FOLLOWING DEFENDANTS WITH PLAINTIFFS' ORIGINAL PETITION FOR DAMAGES, AND FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES:**

1. **HONEYWELL INTERNATIONAL, INC.**
   Through its agent for service:
   Corporation Service Company
   501 Louisiana Avenue
   Baton Rouge, LA 70802

2. **OCCIDENTAL CHEMICAL CORPORATION**
   Through its agent for service:
   CT Corporation System
   3867 Plaza Tower Dr.
   Baton Rouge, LA 70802

**DO NOT SERVE THE REMAINING DEFENDNATS:**
The remaining defendants were e-mailed a courtesy copy of this pleading and will be served by this office pursuant to LA C.C.P. Article 1313 by facsimile/electronic mail after we have received a conformed copy from the court.

4