UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLARD MASTERS, III | CIVIL ACTION |
| VERSUS | NO. 21-2126 |
| GRAYBAR ELECTRIC COMPANY, INC., ET AL. | SECTION "R" (5) |

### ORDER AND REASONS

In considering defendant Graybar Electric Company, Inc.'s ("Graybar"), notice of removal,[1] the Court orders plaintiff Willard Masters III to file any motion to remand by **Thursday, NOVEMBER 18, 2021** at **9:30 a.m.** The Court further orders the parties to participate in a status conference held **BY TELEPHONE** on **NOVEMBER 18, 2021** at **noon.** The parties shall call in for the teleconference using phone number (877) 873-8018 and access code 4370215.

New Orleans, Louisiana, this __17th__ day of November, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.